UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BRYAN DONALD BURRELL,

    Petitioner,

v.                                         Case No. 5:23cv31-MCR-HTC

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation, ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2. The Second Amended Petition under 28 U.S.C. § 2254, ECF Doc 15, is DISMISSED WITHOUT PREJUDICE for failure to exhaust state remedies, without an evidentiary hearing.

3. A certificate of appealability is DENIED.

4. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 5th day of July 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 5:23cv31-MCR-HTC